IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
### IN ELECTRONICALLY FILED DOCUMENTS

DATE: 4/20/05              CASE NAME: Meyenburg -vs- Exxon Mobil Corporation

CASE NO. : 05-15-DGW

DOCUMENT NO.: 20           DOCUMENT TITLE: Order

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other: **Order entered in error.**

## ACTION TAKEN BY CLERK'S OFFICE

☒     **Docket entry "STRICKEN" as ordered by the Court.  The .pdf document attached to the entry has been deleted by the Clerk's Office.**

        Norbert G. Jaworski
        Clerk of Court


        By: s/Mona Zingrich