IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM P. MEYENBURG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. A. No. 3:05-cv-15 (DGW)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court is the Joint Motion for Preliminary Approval of Class Action Settlement. (Doc. 4)  After consideration of said Motion, the Court finds that the proposed settlement is fair, reasonable and within the range of possible approval and that there is good reason to notify the class members of the proposed settlement and to proceed with a fairness hearing.  *Armstrong v. Board of School Directors of the City of Milwaukee*, 616 F.2d 305, 312 (7th Cir. 1980); *Manual for Complex Litigation* § 1.46, at 53-55 (West, 1977).

**ACCORDINGLY**, the Court hereby **GRANTS** preliminary approval to the proposed settlement and approves the notice plan and plan for opt-outs and objections contained therein. The Court hereby extends the opt-out/exclusion and objection periods provided for in the Settlement Agreement by 25 days.  The Court has set **September 15, 2005 at 9:00 a.m.** as the date for a Final Fairness Hearing.  The Final Fairness Hearing may, without further notice to the Settlement Class, be continued or adjourned by order of this Court.

**DATED: April 20, 2005.**

          **s/Donald G. Wilkerson**
          **DONALD G. WILKERSON**
          **United States Magistrate Judge**