UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM P. MEYENBURG<br>Individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP.,<br><br>      Defendant. | Case No. 3:05-CV-15<br><br>CLASS ACTION |

## OBJECTIONS TO CLASS ACTION SETTLEMENT

COMES NOW class members Melissa Nolett, 7419 N.E. 100th Avenue, Gainesville, Florida 32609 and Paul Redd, P.O. Box 1758, Trenton, Florida 32693, originally represented by Paul S. Rothstein of Gainesville, Florida and Edward W. Cochran of Cleveland, Ohio; Brenda Matthews, 294 Old Hawthorne Road, Hawthorne, Florida 32640, and Thomas Schultz, P.O. Box 2101, Hawthorne, Florida 32640, originally represented by N. Alabert Bacharach of Gainesville, Florida and Frank H. Tomlinson of Birmingham, Alabama; ("Objectors"), and object to the proposed class action settlement for the stated reasons below. Objectors purchased Lubricant Products as defined by the Settlement Agreement between April 1, 2002 and May 23, 2005. Objectors intend to appear and argue at the Fairness Hearing scheduled for September 15, 2005, through their undersigned counsel.

**I.      The Notice is Defective.**

    (a)      The Notice of Proposed Class Action Settlement and Settlement Hearing fails to state with any specificity as to what the amount of attorney's fees Class Counsel is seeking to be paid According Fed. R. Civ. P. 23(h)(1), the Notice of a motion for attorney's fees needs to be directed to class members "in a reasonable manner." No such notice exist in this matter. The

Notice is in violation of Rule 23(h) and deprives absent class members of a meaningful opportunity to evaluate class counsel's fee request.

(b)     The Notice fails to inform the absent class members as to what rights they are relinquishing in exchange for this $1.00 coupon they are to receive.  In order for a class member to find out what claims and rights he or she is giving up in exchange for the settlement relief, they have to go to the courthouse in East St. Louis.  It is unreasonable to require class members to have to travel to East St. Louis to discover what is case is all about when clearly it could have been taken care of in the Notice or though the website.

## II.    The Coupons Have Little Or No Value.

The coupons for $1.00 off future purchases of Exxon or Mobil motor oil are of very little value to class members, and certainly are worth less than their face value.  This is only a marketing scheme in exchange for a release from the Defendant.  These coupons have little value.  No one in any great number will use them.  To illustrate the worthless value of such coupon, the Defendant has agreed to mail the unclaimed coupons to its general consumers.  These coupons are no different from a coupon or flier inserted in the Sunday newspaper.

## III.   Attorney's Fees May Be Unreasonable.

Although Objectors have no notice of what counsel's fee request is, the Objectors would reserve their right to Object to said request once it is disclosed.  Because the settlement relief does involve coupons, the Court should be guided by the message Congress has clearly sent in the recently enacted Class Action Fairness Act.  When coupons are involved, the Court should take into consideration the amount of coupons redeemed.

## IV.     Other Objections.

Objectors hereby reserve the right to incorporate herein any timely filed Objections presented by other Objectors that are not inconsistent with these Objections.

Respectfully submitted,

_s/William F. Kopis_____
William F. Kopis #1508385

WILLIAM F. KOPIS
Attorney at Law
215 West Washington Street
PO Box 505
Belleville, IL 62222
618-222 -2800
Fax 618.222.2807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM P. MEYENBURG ) | |
| Individually and on behalf of all others ) | |
| similarly situated, ) | Case No. 3:05-CV-15 |
| ) | |
| Plaintiff, ) | CLASS ACTION |
| ) | |
| v. ) | |
| ) | |
| EXXON MOBIL CORP., ) | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I electronically filed: Objections to Class Action Settlement, with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

MICHAEL A HAVARD
PROVOST UMPHREY
490 PARK STREET
PO BOX 4905
BEAUMONT  TX  77704


STEPHEN J HARBURG
O'MELVENY & MYERS LLP
1625 EYE STREET, NW
WASHINGTON  DC  20006



                                                                   s/William F. Kopis _____
                                                                   William F. Kopis #1508385

WILLIAM F. KOPIS
Attorney at Law
215 West Washington Street
PO Box 505
Belleville, IL 62222
618-222 -2800
Fax:  618.222.2807