**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ADAM P. MEYENBURG** ) | |
| **Individually and on behalf of all others** ) | |
| **similarly situated,** ) | Case No. 3:05-CV-15 |
| ) | |
| **Plaintiff,** ) | CLASS ACTION |
| ) | |
| **v.** ) | |
| ) | |
| **EXXON MOBIL CORP.,** ) | |
| | |
| **Defendant.** | |

**AMENDED**
**CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2005, I electronically filed:  Objections to Class Action Settlement, with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

  EDWARD ABRAHAM COHEN

  JEFFREY HARRIS

  JEFFREY H SCHULTZ

  Notice of the foregoing was mailed by U.S. Mail, postage prepaid, to the following on August 15, 2005:

  MICHAEL A HAVARD
  PROVOST UMPHREY
  490 PARK STREET
  PO BOX 4905
  BEAUMONT  TX  77704


  STEPHEN  J  HARBURG
  O'MELVENY & MYERS LLP
  1625 EYE STREET, NW
  WASHINGTON  DC  20006

                                                          s/William F. Kopis_____
                                                          William F. Kopis #1508385

WILLIAM F. KOPIS
Attorney at Law
215 West Washington Street
PO Box 505
Belleville, IL 62222
618-222 -2800
Fax: 618.222.2807