IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

AUG 24 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| ADAM P. MEYENBURG, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL NO. 05-15-DGW |
| EXXON MOBIL CORPORATION, a New Jersey corporation, ) ) ) | |
| Defendant. ) | |

## O R D E R

**IT IS ORDERED** that, the fee having been paid, N. Albert Bacharach, Jr. of 115 Northeast 6th Avenue, Gainesville, Alachua County, Florida 32601, 352-378-9859 (Telephone), 352-338-1858 (Facsimile), is admitted to practice pro hac vice (for this case only) before the United States District Court for Southern District of Illinois, as attorney for Objectors, Melissa Nolett, Paul Redd, Brenda Matthews, and Thomas Schultz.

DATED: 8/24/05

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: _____
Deputy Clerk

AA-03
(Revised 3/99)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM P. MEYENBURG, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation,<br><br>          Defendant. | CIVIL NO. 05-15-DGW |

**FILED**

AUG 24 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now N. Albert Bacharach, Jr., pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow the undersigned to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Objectors, MELISSA NOLETT, PAUL REED, BRENDA MATTHEWS and THOMAS SCHULTZ, and in support thereof states and certifies to the Court:

    1. That the movant is an attorney licensed to practice law in the State(s) of Florida.

    2. That the movant is a member in good standing in the Bar as set forth above.

    3. That movant does not wish to be admitted generally, but for the purpose of this case only.

    4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois for this case only.

                                                                                                                                                              N. Albert Bacharach, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice for N. Albert Bacharach, Jr. was mailed by first class postage prepaid to:

Edward A. Cohen
Roman P. Wuller
Robert J. Wagner
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Stephen J. Harburg
Patrick R. Rizzi
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

N. ALBERT BACHARACH, JR.

AA-03
(Revised 3/99)