## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADAM P. MEYENBURG** ) | |
| **Individually and on behalf of all others** ) | |
| **similarly situated,** ) | Case No. 3:05-CV-15 |
| ) | |
| Plaintiff, ) | CLASS ACTION |
| ) | |
| v. ) | |
| ) | |
| **EXXON MOBIL CORP.,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES William F. Kopis, Attorney at Law, and hereby moves this Court for an Order granting him leave to withdraw his appearance as attorney for objectors, Melissa Nolette, Paul Redd, Brenda Matthews and Thomas Schultz. Attorney N. Albert Bacharach, Jr. has now been admitted pro hoc vice to represent these objectors and the scope of undersigned counsel's representation has been completed.

WHEREFORE, the undersigned, Attorney William F. Kopis, hereby prays this Court enter an Order granting him leave to withdraw as attorney of record for the objectors Melissa Nolette, Paul Redd, Brenda Matthews and Thomas Schultz.

                                                                                                      s/William F. Kopis_____
                                                                                                        William F. Kopis #1508385
                                                                                                        Attorney for Plaintiff

WILLIAM F. KOPIS
Attorney at Law
215 West Washington
PO Box 505
Belleville, IL 62222
618-222-2800
Fax: 618.222.2807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADAM P. MEYENBURG** ) | |
| **Individually and on behalf of all others** ) | |
| **similarly situated,** ) | Case No. 3:05-CV-15 |
| ) | |
| **Plaintiff,** ) | CLASS ACTION |
| ) | |
| **v.** ) | |
| ) | |
| **EXXON MOBIL CORP.,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed: Motion to Withdraw Appearance, with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Andrew August
Edward Abraham Cohen
John L. Fitzgerald
Jeffrey Harris
Jeffrey H. Schultz

And I certify that I have mailed by United States Postal Service the document to the following non-ECF participants on January 19, 2006:

N. Albert Bacharach, Jr.
Law Offices of N. Albert Bacharach, Jr.
115 Northeast Sixth Avenue
Gainesville, FL 32601

Michael A. Havard
Provost & Umphrey Law Firm
490 Park Street
PO Box 4905
Beaumont, TX  77704

Patrick R. Rizzi
O'Melveny & Meyers LLP-DC
1625 Eye Street, N.W.
Washington, DC  20006

2

Stephen J. Harburg
O'Melveny & Meyers LLP-DC
1625 Eye Street, N.W.
Washington, DC  20006

J. Scott Kessinger
7304 Michigan Avenue
St. Louis, MO  63111

John J. Pentz
Class Action Fairness Group
2 Clock Tower Place, Ste. 260G
Maynard, MA  01754

             s/William F. Kopis _____
             William F. Kopis #1508385

WILLIAM F. KOPIS
Attorney at Law
215 West Washington Street
PO Box 505
Belleville, IL 62222
618-222-2800
Fax:  618.222.2807

3