UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUN 30 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

BRENDA MATTHEWS, MELISSA NOLET, PAUL REDD, and THOMAS SCHULTZ, )
)
**Objectors/Appellants,** )
v. )
)
ADAM E. MEYENBURG, individually and on behalf of all other persons similarly situated, )
)
**Plaintiffs/Appellees,** )
and )
)
EXXON MOBIL CORPORATION, )
)
**Defendants/Appellees.** )

No: 3:05-cv-15-DGW
Judge Donald G. Wilkerson

## NOTICE OF APPEAL

Notice is hereby given that Objectors/Appellants, BRENDA MATTHEWS, MELISSA NOLET, PAUL REDD, and THOMAS SCHULTZ, in the above-named case, by and through their undersigned counsel, hereby appeals to the appeals to the United States Court of Appeals for the Seventh Circuit the Order from the United States District Court for the Southern District of Illinois entered by the Honorable Donald G. Wilkerson on June 5, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2006, the foregoing was filed with the District Clerk of the Court along with appropriate copies.

N. ALBERT BACHARACH, JR.
Florida Bar Number: 209783
Attorney for All Objectors/Appellants
115 N.E. 6th Avenue
Gainesville, Florida 32601-3416
(352) 378-9859 (FAX) 338-1858