UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM P. MEYENBURG<br>Individually and on behalf of all others<br>Similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP.,<br><br>   Defendant. | Case No. 3:05-CV-15<br><br>CLASS ACTION |

### NOTICE OF APPEAL

COME NOW Class Members and Objectors David Pentz and Guy Thrasher, by and through the undersigned counsel, and hereby appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court for the Southern District of Illinois the Order entered by the Honorable Donald G. Wilkerson, dated June 5, 2006.

                                                Objectors David Pentz
                                                And Guy Thrasher,
                                                By their attorneys,

                                                s/ *J. Scott Kessinger*
                                                J. Scott Kessinger
                                                IL Bar # 06240213
                                                7304 Michigan Avenue
                                                St. Louis, MO 63111
                                                (314) 369-5115
                                                Fax: (314) 754-8370

                        John J. Pentz
                        CLASS ACTION FAIRNESS GROUP
                        2 Clock Tower Place
                        Suite 260G
                        Maynard, MA  01754
                        (978) 461-1548
                        Fax: (707) 276-2925

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing document was served via the CM/ECF electronic delivery system to counsel listed therein for service on the 1st day of July, 2006.

                        s/ *J. Scott Kessinger*
                        J. Scott Kessinger