# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE: August 24, 2006

TO: Norbert G. Jaworski
United States District Court
Southern District of Illinois
Room 142
750 Missouri Avenue
P.O. Box 186
East St. Louis, IL  62202

FROM: Clerk of the Court

RE: 06-2830
Meyenburg, Adam v. Exxon Mobil Corp
06-2852
Meyenburg, Adam v. Exxon Mobil Corp
05 C 15, Donald G. Wilkerson, Magistrate Judge

Herewith is the mandate of this court in these appeals.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in these appeals.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received the mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____AUG 2 8 2006_____        __s/Mona Zingrich_____
(1202-052495)                          Deputy Clerk, U.S. District Court

**RECEIVED**
AUG 2 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER FRAP 42(b)



Date: August 24, 2006

By the Court:

Nos. 06-2830 & 06-2852

ADAM MEYENBURG,
        Plaintiff - Appellee
  v.

EXXON MOBIL CORPORATION,
        Defendant - Appellee

DAVID PENTZ and GUY THRASHER,
        Appellants,

APPEAL OF: BRENDA MATTHEWS, MELISSA NOLET, PAUL REDD, et al.,

Appeals from the United States District Court for the
Southern District of Illinois
No. 05 C 15, Donald G. Wilkerson, Magistrate Judge



      Upon consideration of the **AGREED MOTION TO DISMISS** filed by all parties on 8/22/06,

      **IT IS ORDERED** that these appeals are **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)